SMITH *vs.* DOBBINS *et al.*, executors.

Where the evidence was conflicting, and the court granted a first new trial, this court will not interfere therewith.

December 12, 1887.

New trial. Before Judge FAIN. Bartow superior court, January term, 1887.

Reported in the decision.

R. B. TRIPPE and A. S. JOHNSON, for plaintiff.

M. R. STANSELL and J. M. NEEL, for defendants.

BLANDFORD, Justice.

In this case, Smith obtained a judgment against Wofford; execution issued and certain land was·levied upon, to which ˙Dobbins interposed a claim. On the trial of the claim case, the jury rendered a verdict in favor of the plaintiff in execution, finding $800 worth of the land levied on subject to the *fi. fa.* The claimant moved for a new trial, on several grounds. A new trial was granted by the court.

This was the first grant of a new trial in this case. The testimony was conflicting as to whether the property was subject or not. The court was not satisfied with the verdict and granted a new trial. We do not think he abused the discretion which the law vested in him; and the judgment is affirmed.